# IN THE UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF OHIO
# WESTERN DIVISION

| | | |
|---|---|---|
| WILLIAM T. WULIGER | ) | CASE NO.: 1:03 CV 1531 |
| Plaintiff | ) | JUDGE DAVID A. KATZ |
| vs. | ) | **JUDGMENT ENTRY** |
| MICHAEL MANN | ) | |
| Defendant | ) | |

This cause came on for consideration on the Plaintiff's Motion for Default Judgment. The Court FINDS that proper service of Summons on the Defendant, Michael Mann, has been obtained and that the Defendant failed to plead or otherwise defend in the within proceeding within the time period specified under Rule 12(a)(1)(A) of the Federal Rules of Civil Procedure.

**IT IS THEREFORE ORDERED ADJUDGED AND DECREED**, that, pursuant to Rule 55 of the Federal Rules of Civil Procedures, Default Judgment is hereby rendered against the Defendant for $158,600.70, plus interest at the rate of 4.14% per annum from the date of Judgment, and costs.

**IT IS SO ORDERED**.

\_\_s/ David A. Katz_____
JUDGE DAVID A. KATZ

\_\_\_October 27, 2005_____
DATE